# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-1216**                          **September Term, 2023**

EPA-HQ-OPPT-2018-0465

**Filed On: April 12, 2024** [2049458]

TDCE Consortium,

         Petitioner

    v.

Environmental Protection Agency,

         Respondent

## O R D E R

     Upon consideration of the joint motion to extend deadlines for all initial filings by six months, it is

     **ORDERED** that the motion be granted. The following deadlines are now established:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 22, 2024 |
| Docketing Statement Form | October 22, 2024 |
| Procedural Motions, if any | October 22, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 22, 2024 |
| Statement of Issues to be Raised | October 22, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | October 22, 2024 |
| Certified Index to the Record | November 6, 2024 |
| Dispositive Motions, if any | November 6, 2024 |

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                 BY:     /s/
                               Catherine J. Lavender
                               Deputy Clerk