No. 22-1216 September Term, 2024

EPA-HQ-OPPT-2018-0465

Filed On: October 24, 2024 [2081788]

TDCE Consortium,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

**O R D E R**

Upon consideration of the joint motion to extend deadlines, it is

**ORDERED** this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by April 22, 2025.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                    BY:    /s/
                                Catherine J. Lavender
                                Deputy Clerk