**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| TDCE CONSORTIUM,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | ) | Case No. 22-1216 |

**<u>STIPULATION OF DISMISSAL PURSUANT TO FED. R. APP. P. 42(b)</u>**

On August 22, 2022, Petitioner TDCE Consortium filed a petition seeking review of a test order issued by Respondent U.S. Environmental Protection Agency (EPA), entitled *Modification to Order Under (4)(a)(2) of the Toxic Substances Control Act* (Test Order), requiring the development and submission of certain information for the chemical substance *trans*-1,2-dichloroethylene (TDCE). Doc. #1960351.

The Test Order established two testing requirements each for environmental hazard and consumer exposure. *See* Test Order at 6-7, available at https://www.epa.gov/system/files/documents/2022-06/9544-01_TestOrder%20trans1%2C2%20DCE_v2_signed.pdf (last visited Oct. 5, 2026).

On February 10, 2026, EPA issued a letter to the TDCE Consortium confirming that the consumer exposure testing requirement has been satisfied after the TDCE Consortium developed the information in accordance with the Test Order, thereby closing out this testing requirement. *See* Test Order at 19.

In May 2022, the TDCE Consortium expressed legitimate concerns to EPA that the environmental hazard testing required by the Test Order was not justified based on the physicochemical properties of TDCE, citing evidence that TDCE will be minimally present in the sediment compartment and therefore contribute minimally to the exposure of sediment-dwelling organisms. After further discussions and proceedings under the Test Order,[1] in October 2023, EPA approved

[1] The TDCE Consortium submitted on May 23, 2022, its initial response under "Option 2" of the Test Order. Under this option, Test Order recipients may submit an existing study and/or other scientifically relevant information that EPA may not have considered. The TDCE Consortium's submission included scientifically relevant information that TDCE is unlikely to partition to sediment based on its physiochemical properties, even if it is introduced into the water column. On November 17, 2022, EPA denied the TDCE Consortium's submission based on its view that the physiochemical properties and monitoring data for TDCE indicate that TDCE will be present in sediment and declined to amend the Test Order to extinguish this testing requirement. The TDCE Consortium also submitted on December 23, 2022, a request for an exemption under "Option 3" of the Test Order on the basis that EPA had ordered the development of information for equivalent chemicals that would satisfy EPA's stated data need and precluded the need for testing of TDCE on sediment-dwelling organisms. EPA issued a response on June 6, 2023, denying the exemption request on the basis that the alternative chemicals proposed would not be appropriate analogues for TDCE for sediment toxicity assessments. The TDCE Consortium amended its initial response to "Option 1" on August 4, 2023, thereby affirming its commitment to develop new

the TDCE Consortium's plan to conduct analytical method development and a feasibility study in aqueous sediments to supplement the existing physiochemical properties information. Upon completion of this preliminary testing, the TDCE Consortium submitted the final test report for the feasibility study to EPA in September 2024. The results demonstrated that the ordered toxicity testing with sediment dwelling organisms would be infeasible and supported the initial argument that TDCE partitions from the aqueous phase to the atmosphere rather than the sediment. On June 8, 2026, EPA modified the Test Order to extinguish the two environmental hazard testing requirements based on EPA's conclusion that testing "would not yield relevant exposures due to the volatile and non-adsorptive nature of the test substance."[2]

Pursuant to Fed. R. App. P. 42(b), the undersigned counsel for the parties stipulate that the above-captioned appeal is withdrawn with prejudice and without costs or attorney fees against any party.

---

information to the extent feasible. This included the TDCE Consortium's proposal to conduct a robust preliminary trial to determine quantitatively whether it is feasible to conduct the ordered testing.

2 *See* EPA Docket Identification Number EPA-HQ-OPPT-2018-0465-0073, https://www.regulations.gov/document/EPA-HQ-OPPT-2018-0465-0073 (last visited Sept. 29, 2026).

Respectfully submitted,

Dated: October 21, 2026

| | |
|---|---|
| */s/ Laura J. Brown* | */s/ Kelly N. Garson* |
| Laura J. Brown | Kelly N. Garson |
| U.S. Department of Justice | Lynn L. Bergeson |
| Environment & Natural Resources Division | BERGESON & CAMPBELL, P.C. |
| Environmental Defense Section | 2200 Pennsylvania Ave., N.W. |
| P.O. Box 7611 | Suite 100W |
| Washington, DC 20044 | Washington, DC 20037 |
| Telephone: (202) 514-3376 | Telephone: (202) 557-3801 |
| Facsimile: (202) 514-8865 | Facsimile: (202) 557-3836 |
| laura.j.s.brown@usdoj.gov | lbergeson@lawbc.com |
| | kgarson@lawbc.com |
| *Counsel for Respondent EPA* | *Counsel for Petitioner TDCE Consortium* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically filed the foregoing Joint Stipulation of Dismissal by using the Case Management/Electronic Case File (CM/ECF) system, which will electronically serve all counsel of record.

Dated: October 21, 2026

*/s/ Kelly N. Garson*
Kelly N. Garson
*Counsel for Petitioner TDCE Consortium*