# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1216** **September Term, 2026**

**EPA-HQ-OPPT-2018-0465**

**Filed On: October 28, 2026**

TDCE Consortium,

Petitioner

v.

Environmental Protection Agency,

Respondent

**<u>O R D E R</u>**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk